

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2017

No. 04-17-00133-CR

Jose Mario **TREVINO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2015CRS001588D1
Honorable Elma T. Salinas Ender, Judge Presiding

## O R D E R

On November 20, 2017, we notified appellant that his brief was overdue and that no motion for extension had been filed. Appellant's counsel, Javier Montemayor, Jr., has filed a motion requesting additional time to file the appellant's brief. The motion is granted. We order appellant's counsel, Javier Montemayor, Jr., to file the appellant's brief by January 2, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2017.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court